FILED
CLERK, U.S. DISTRICT COURT

2/25/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ER_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DALVIN J. KELLY,

Defendant.

Case No.  2:26-MJ-01050 DUTY

ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

☒    the appearance of defendant as required; and/or

☐    the safety of any person or the community.

//

//

//

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on: instant allegations.

☐ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on:

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  02/25/2026

_____/s/_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE